**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CYPRESS ENVIRONMENTAL PARTNERS, L.P., *et al.*,[1] | ) ) ) | Case No. 22-90039 (MI) |
| Debtors. | ) ) | (Jointly Administered) |

**AGENDA FOR HEARING FOR JUNE 21, 2022 AT 2:30 P.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE MARVIN ISGUR AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.    Plan Confirmation.**

1.    ***Scheduling Motion.*** Debtors' Emergency Motion for Entry of an Order (I) Scheduling Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing the Plan and Disclosure Statement Objection Deadline and Related Procedures, (III) Approving Prepetition Solicitation Procedures, (IV) Approving the Form and Manner of Notice, (V) Directing that a Meeting of Creditors Not be Convened and (VI) Granting Related Relief [Docket No. 17].

A.    ***First Day Declaration.*** Declaration of Peter C. Boylan III, Chairman & Chief Executive Officer of the Debtors, in Support of the Chapter 11 Petitions and First Day Pleadings [Docket No. 12].

B.    ***Initial Plan.*** Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 15].

C.    ***Disclosure Statement.*** Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization for Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 16].

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Cypress Environmental Partners, L.P. (1523); Cypress Municipal Water Services, LLC (5974); Cypress Environmental Partners, LLC (7385); Cypress Brown Integrity, LLC (3455); Cypress Energy Partners - 1804 SWD, LLC (9110); Cypress Energy Partners - Bakken, LLC (9092); Cypress Energy Partners - Grassy Butte SWD, LLC (9047); Cypress Energy Partners - Green River SWD, LLC (1534); Cypress Energy Partners - Manning SWD, LLC (4247); Cypress Energy Partners - Mork SWD, LLC (0761); Cypress Energy Partners - Mountrail SWD, LLC (4977); Cypress Energy Partners - Tioga SWD, LLC (3230); Cypress Energy Partners - Williams SWD, LLC (3840); Cypress Environmental - PUC, LLC (8637); Cypress Environmental Management - TIR, LLC (5803); Cypress Environmental Management, LLC (4753); Cypress Environmental Services, LLC (7770); Tulsa Inspection Resources - PUC, LLC (2514); and Tulsa Inspection Resources, LLC (4632).  The Debtors' service address for the purposes of these chapter 11 cases is 5727 South Lewis Avenue, Suite 500, Tulsa, Oklahoma 74105.

D.     ***Shah Initial Declaration.***  Declaration of Sanjiv Shah in Support of the Debtors' Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 18].

E.     ***First Modified Plan.***  Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and its Debtor Affiliates [Docket No. 55].

F.     ***Redline of First Modified Plan.***  Notice of Filing of Redline of Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 56].

G.     ***Confirmation Scheduling Order.*** Order (I) Scheduling Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing the Plan and Disclosure Statement Objection Deadline and Related Procedures, (III) Approving Prepetition Solicitation Procedures, (IV) Approving the Form and Manner of Notice, (V) Directing that a Meeting of Creditors Not be Convened, and (VI) Granting Related Relief [Docket No. 63].

H.     ***Notice of Confirmation Hearing.*** Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Case, (II) Combined Hearing on Disclosure Statement Approval, Plan Confirmation, and Related Matters, (III) Objection Deadline and Related Procedures, and (IV) Summary of the Plan of Reorganization [Docket No. 67].

I.     ***Initial Plan Supplement.*** Notice of Filing and Plan Supplement to the Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 162].

J.     ***Notice of Assumed Contracts.*** Notice Regarding Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned Pursuant to the Plan[Docket No. 163].

K.     ***First Amended Plan Supplement.*** Notice of Filing and Amended Plan Supplement to the Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 223].

L.     ***Second Amended Plan Supplement.*** Notice of Filing and Second Amended Plan Supplement to the Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 232].

M.     ***Notice of Additional Assumed Contracts.*** Notice Regarding Additional Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned Pursuant to the Plan [Docket No. 233].

N.     ***Second Modified Plan.*** Second Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 242].

O.     ***Redline of Second Modified Plan.*** Notice of Filing of Redline of Second Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 243].

P.     ***Confirmation Brief.*** Debtors' (I) Memorandum of Law in Support of (A) Final Approval of Disclosure Statement and (B) Confirmation of Second Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto [Docket No. 244].

Q.     ***Boylan Confirmation Declaration.*** Declaration of Peter C. Boylan III, Chairman and Chief Executive Officer of the Debtors, in Support of Debtors' (I) Memorandum of Law in Support of (A) Final Approval of Disclosure Statement and (B) Confirmation of Second Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto [Docket No. 245].

R.     ***Manning Confirmation Declaration.*** Declaration of Larry Manning in Support of Debtors' (I) Memorandum of Law in Support of (A) Final Approval of Disclosure Statement and (B) Confirmation of Second Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto [Docket No. 246].

S.     ***Shah Confirmation Declaration.*** Declaration of Sanjiv Shah in Support of Debtors' (I) Memorandum of Law in Support of (A) Final Approval of Disclosure Statement and (B) Confirmation of Second Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates and (II) Omnibus Reply to Objections Thereto [Docket No. 247].

T.     ***Voting Tabulation.*** Certification of Adam Gorman with Respect to the Tabulation of Votes on the Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 248].

U.     ***Proposed Confirmation Order.*** Order (A) Approving the Debtors' Disclosure Statement on a Final Basis and (B) Confirming the Second Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates [Docket No. 249].

II.    **Objections to Plan Confirmation.**

1.     Tennessee Department of Revenue's Objection to Confirmation of the Chapter 11 Plan [Docket No. 161].

2.     Oracle America, Inc.'s Limited Objection to (1) Modified Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates; and (2) Notice Regarding Executory Contracts and Unexpired Leases to be Assumed or Assumed and Assigned Pursuant to the Plan [Docket No. 221]

3.     Tennessee Department of Revenue's Objection to Confirmation of the Chapter 11 Plan [Docket No. 227].

4.     Plains Marketing, L.P.'s Objection to Debtors' Modified Joint Prepackaged Chapter 11 Plan of Reorganization [Docket No. 230].

**Status**: This matter is going forward.

Dated: June 17, 2022
Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone:  (713) 860-7300
Facsimile:  (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Justin Rawlins (admitted *pro hac vice*)
1999 Avenue of the Stars, 27th Floor
Century City, California 90067
Telephone:  (310) 620-5700
Facsimile:  (310) 620-5899
Email:  justinrawlins@paulhastings.com

-and-

Matthew Micheli  (admitted *pro hac vice*)
Michael Jones  (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone:  (312) 499-6000
Facsimile:  (312) 499-6100
Email:  mattmicheli@paulhastings.com
            matthewsmart@paulhastings.com
            michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on June 17, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *James T. Grogan III*
James T. Grogan III