**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | **Case No. 22-90053** |
| **Tulsa Inspection Resources, LLC, et al.** | § | **(Administered Jointly under Case No. 22-** |
| **Debtor(s)** | § | **90039)** |
| | § | **Chapter 11** |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY**
**\*\*With Variance Request\*\***
**(This Order Resolves Docket # _____)**

In HOUSTON, Texas in said District, came on for hearing the Motion of DCP OPERATING COMPANY, LP, DCP SAND HILLS PIPELINE, LLC and HOBLIT DARLING RALLS HERNANDEZ & HUDLOW, LLP, for Relief from the Automatic Stay to proceed with litigation in Cause No. 2018CI22638 in the District Court of Bexar County, 407th Judicial District in order to pursue claims for property damage.

Upon review, the Motion is Granted and the automatic stay is lifted to allow Movants to proceed with their petition against PUMPCO, INC., EPIC Y-GRADE PIPELINE, LP, EPIC Y-GRADE GP, LLC F/K/A EPIC Y-GRADE HOLDINGS GP, LLC, MASTEC NORTH AMERICA, INC., MASTEC, INC., ATWELL, LLC, TMI SOLUTIONS, LLC, TULSA INSPECTION RESOURCES, LLC, and C&S LEASE SERVICE, L.C. to i) determine liability of the Debtor, ii) the amount of claim Movant has against Debtor, iii) proceed against other parties and potentially available insurance proceeds which may only become triggered upon liability of the Debtor and determination of amount, and iv) and for the insurance carrier's obligation to provide defense, contribution, and/or indemnity.

IT IS FURTHER ORDERED that in the event that liability be assessed against the Debtor(s) in an amount greater than the insurance proceeds available through Debtors' insurance,

any claim Debtors may then have against their insurance company under a Stowers Doctrine shall be preserved for the benefit of estate.

     IT IS FURTHER ORDERED that the automatic stay remains in effect as to all assets of the estate including any Stowers claim or cause of action.

     ORDERED THIS _____ day of _____, 2022.

_____
United States Bankruptcy Judge

**R. Clay Hoblit**
State Bar No. 09743100
Federal I.D. NO. 7591
choblit@hdr-law.com
**Marcy Hernandez**
State Bar No. 24027073
Federal I.D. No. 29097
mhernandez@hdr-law.com
**Noe J. Saucedo**
State Bar No. 24013459
nsaucedo@hdr-law.com
**HOBLIT DARLING RALLS**
  **HERNANDEZ & HUDLOW LLP**
802 N. Carancahua Street, Suite 2000
Corpus Christi, Texas 78401
(361) 888-9392 — Telephone
(361) 888-9187 — Facsimile
**ATTORNEYS FOR MOVANT**