UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CYPRESS ENVIRONMENTAL PARTNERS, L.P., *et al.*,[1] | ) Case No. 22-90039 (MI) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 248** |

**NOTICE OF FILING OF REVISED EXHIBIT TO CERTIFICATION
OF ADAM GORMAN WITH RESPECT TO THE TABULATION OF VOTES
ON THE JOINT PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION
OF CYPRESS ENVIRONMENTAL PARTNERS, L.P. AND ITS DEBTOR AFFILIATES**

**PLEASE TAKE NOTICE THAT:**

1. On June 16, 2022, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Certification of Adam Gorman with Respect to the Tabulation of Votes on the Joint Prepackaged Chapter 11 Plan of Reorganization of Cypress Environmental Partners, L.P. and Its Debtor Affiliates* [Docket No. 248] (the "Voting Report") with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

2. Attached to the Voting Report[2] as Exhibit A was a list of the parties that have opted out of the releases included in the Plan (the "List of Opt-Out Parties").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Cypress Environmental Partners, L.P. (1523); Cypress Municipal Water Services, LLC (5974); Cypress Environmental Partners, LLC (7385); Cypress Brown Integrity, LLC (3455); Cypress Energy Partners - 1804 SWD, LLC (9110); Cypress Energy Partners - Bakken, LLC (9092); Cypress Energy Partners - Grassy Butte SWD, LLC (9047); Cypress Energy Partners - Green River SWD, LLC (1534); Cypress Energy Partners - Manning SWD, LLC (4247); Cypress Energy Partners - Mork SWD, LLC (0761); Cypress Energy Partners - Mountrail SWD, LLC (4977); Cypress Energy Partners - Tioga SWD, LLC (3230); Cypress Energy Partners - Williams SWD, LLC (3840); Cypress Environmental - PUC, LLC (8637); Cypress Environmental Management - TIR, LLC (5803); Cypress Environmental Management, LLC (4753); Cypress Environmental Services, LLC (7770); Tulsa Inspection Resources - PUC, LLC (2514); and Tulsa Inspection Resources, LLC (4632). The Debtors' service address for the purposes of these chapter 11 cases is 5727 South Lewis Avenue, Suite 500, Tulsa, Oklahoma 74105.

[2] Capitalized terms used, but not otherwise defined herein have the meanings ascribed to them in the Voting Report.

3. The Debtors hereby file a revised List of Opt-Out Parties, attached hereto as **Exhibit A** (the "Revised List of Opt-Out Parties").

4. A redline of the Revised List Opt-Out Parties marked against the List of Opt-Out Parties is attached hereto as **Exhibit B**.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 20, 2022
Houston, Texas

/s/ *James T. Grogan III*
**PAUL HASTINGS LLP**
James T. Grogan III (TX Bar No. 24027354)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
Email: jamesgrogan@paulhastings.com

-and-

Justin Rawlins (admitted *pro hac vice*)
1999 Avenue of the Stars, 27th Floor
Century City, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-5899
Email: justinrawlins@paulhastings.com

-and-

Matthew Micheli (admitted *pro hac vice*)
Michael Jones (admitted *pro hac vice*)
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: mattmicheli@paulhastings.com
         michaeljones@paulhastings.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Exhibit A

## Revised List of Opt-Out Parties

| Date Received | Creditor Name | Opt-Out of Third Party Release |
|---|---|---|
| 5/27/2022 | Esteban Fonseca | Yes |
| 5/31/2022 | Pamela Breaux | Yes |
| 6/6/2022 | Jamie Allen | Yes |
| 6/6/2022 | Justin Robinett | Yes |
| 6/8/2022 | Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle") | Yes |
| 6/9/2022 | Jeffrey Franklin Paulk | Yes |
| 6/9/2022 | ONEOK, Inc. | Yes |
| 6/10/2022 | Mountrail-Williams Electric Cooperative | Yes |
| 6/13/2022 | AXA XL (as successor-in-interest to Catlin Specialty Insurance Company) | Yes |
| 6/13/2022 | Enterprise Products Operating LLC | Yes |
| 6/1/2022 | Wimfrey Garrett | Yes |
| 6/6/2022 | Tennessee Department of Revenue | Yes |
| 6/14/2022 | Phillips 66 Company[1] | Yes |

| DTC Part No. | Nominee | No. Accounts Opting Out | Amount Opting Out |
|---|---|---|---|
| 57 | JONES E D | 2 | 820 |
| 62 | VANGUARD | 1 | 421 |
| 141 | WELLS CLRG | 4 | 4,437 |
| 158 | APEX CLEAR | 6 | 10,444 |
| 164 | CHS SCHWAB | 9 | 20,529 |
| 188 | TD AMERITR | 17 | 55,741 |
| 226 | NFS LLC | 13 | 7,258 |
| 352 | JPMS/JPMC | 1 | 2,000 |
| 385 | E*TRADE | 9 | 4,640 |
| 534 | INT BROKER | 2 | 33 |
| 725 | RAYMOND | 1 | 500 |
| 793 | STIFEL | 3 | 1,896 |
| 901 | BANK OF NY | 2 | 3,000 |
| 5036 | TD WATER | 1 | 3,000 |
| 5084 | QUES/CDS | 1 | 100 |
| 6769 | RHSECURLLC | 21 | 7,050 |
| 8430 | CIT SECLLC | 1 | 37 |
| 8862 | MLPFS/8862 | 1 | 1,000 |
| | TOTALS: | 95 | 122,906 |

---

[1] The Opt-Out Deadline was extended with respect to Phillips 66 Company until June 14, 2022 by the Debtors.

## **Exhibit B**

**Redline of Voting Report Exhibit A**

## Exhibit A

## Revised List of Opt-Out Parties

| Date Received | Creditor Name | Opt-Out of Third Party Release |
|---|---|---|
| 5/27/2022 | Esteban Fonseca | Yes |
| 5/31/2022 | Pamela Breaux | Yes |
| 6/6/2022 | Jamie Allen | Yes |
| 6/6/2022 | Justin Robinett | Yes |
| 6/8/2022 | Oracle America, Inc., successor in interest to NetSuite, Inc. ("Oracle") | Yes |
| 6/9/2022 | Jeffrey Franklin Paulk | Yes |
| 6/9/2022 | ONEOK, Inc. | Yes |
| 6/10/2022 | Mountrail-Williams Electric Cooperative | Yes |
| 6/13/2022 | AXA XL (as successor-in-interest to Catlin Specialty Insurance Company) | Yes |
| 6/13/2022 | Enterprise Products Operating LLC | Yes |
| 6/1/2022 | Wimfrey Garrett | Yes |
| 6/6/2022 | Tennessee Department of Revenue | Yes |
| 6/14/2022 | Phillips 66 Company[1] | Yes |

| DTC Part No. | Nominee | No. Accounts Opting Out | Amount Opting Out |
|---|---|---|---|
| 57 | JONES E D | 2 | 820 |
| 62 | VANGUARD | 1 | 421 |
| 141 | WELLS CLRG | 4 | 4,437 |
| 158 | APEX CLEAR | 6 | 10,444 |
| 164 | CHS SCHWAB | 9 | 20,529 |
| 188 | TD AMERITR | 17 | 55,741 |
| 226 | NFS LLC | 13 | 7,258 |
| 352 | JPMS/JPMC | 1 | 2,000 |
| 385 | E*TRADE | 9 | 4,640 |
| 534 | INT BROKER | 2 | 33 |
| 725 | RAYMOND | 1 | 500 |
| 793 | STIFEL | 3 | 1,896 |
| 901 | BANK OF NY | 2 | 3,000 |
| 5036 | TD WATER | 1 | 3,000 |
| 5084 | QUES/CDS | 1 | 100 |
| 6769 | RHSECURLLC | 21 | 7,050 |
| 8430 | CIT SECLLC | 1 | 37 |
| 8862 | MLPFS/8862 | 1 | 1,000 |
| | TOTALS: | 95 | 122,906 |

---

[1] The Opt-Out Deadline was extended with respect to Phillips 66 Company until June 14, 2022 by the Debtors.