**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CYPRESS ENVIRONMENTAL PARTNERS, L.P., *et al.*,[1] | ) Case No. 22-90039 (MI) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

I, Travis R. Buckingham, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Reorganized Debtors in the above-captioned case.

On August 1, 2023, at my direction and under my supervision, employees of KCC caused the following document to be served via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Motion for Entry of a Second Final Decree (I) Closing the Remaining Chapter 11 Cases and (II) Granting Related Relief** [Docket No. 485]

Dated: August 2, 2023

*/s/* Travis R. Buckingham
Travis R. Buckingham
KCC
222 N Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Cypress Environmental Partners, L.P. (1523); Cypress Municipal Water Services, LLC (5974); Cypress Environmental Partners, LLC (7385); Cypress Brown Integrity, LLC (3455); Cypress Energy Partners -1804 SWD, LLC (9110); Cypress Energy Partners - Bakken, LLC (9092); Cypress Energy Partners - Grassy Butte SWD, LLC (9047); Cypress Energy Partners - Green River SWD, LLC (1534); Cypress Energy Partners - Manning SWD, LLC (4247); Cypress Energy Partners - Mork SWD, LLC (0761); Cypress Energy Partners - Mountrail SWD, LLC (4977); Cypress Energy Partners - Tioga SWD, LLC (3230); Cypress Energy Partners - Williams SWD, LLC (3840); Cypress Environmental - PUC, LLC (8637); Cypress Environmental Management - TIR, LLC (5803); Cypress Environmental Management, LLC (4753); Cypress Environmental Services, LLC (7770); Tulsa Inspection Resources - PUC, LLC (2514); and Tulsa Inspection Resources, LLC (4632). The Reorganized Debtors' service address for the purposes of these chapter 11 cases is 5727 South Lewis Avenue, Suite 500, Tulsa, Oklahoma 74105.

# Exhibit A

**Exhibit A**
**Master Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Enterprise Products Operating LLC | Andrews Myers, P.C. | T. Josh Judd | jjudd@andrewsmyers.com |
| The DIP Lender and DIP Agent | APE V Cypress, LLC | Phil VanTrease, Eric Weeldreyer | philvt@argonautpe.com; ericw@argonautpe.com |
| Counsel for Oracle America, Inc. | Buchalter, a Professional Corporation | Shawn M. Christianson | schristianson@buchalter.com |
| Counsel for James S. Allen III | Chamberlain Hrdlicka | Jarrod B. Martin | jarrod.martin@chamberlainlaw.com |
| Counsel for Haines Investments of Texas, L.P., William B. Haines 2003, L.P., John T. Phillips Revocable Trust, Tim Jones, and Charlie Brown | Conner & Winters, LLP | Kiran A. Phansalkar | kphansalkar@cwlaw.com |
| Counsel to the Prepetition First Lien Lender and Prepetition First Lien Agent and PE V Cypress, LLC | Frederic Dorwart, Lawyers PLLC | Samuel Ory | sory@fdlaw.com |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | Mimi.M.Wong@irscounsel.treas.gov |
| Counsel for Plains Marketing, L.P. | Law Office of Patricia Williams Prewitt | Patricia Williams Prewitt | patti@pprewittlaw.com |
| Counsel for Harris County | Linebarger Goggan Blair & Sampson, LLP | Tara L. Grundemeier | houston_bankruptcy@lgbs.com |
| Counsel for Reeves County Tax District | McCreary, Veselka, Bragg & Allen, P.C. | Julie Parsons | julie.parsons@mvbalaw.com |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | dfw@sec.gov |
| United States Securities and Exchange Commission | Securities & Exchange Commission | Jolene M. Wise | wisej@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | secbankruptcy@sec.gov |
| Counsel for the Comptroller of Public Accounts, Revenue Accounting Division and The Texas Workforce Commission | Texas Attorney General's Office Bankruptcy & Collections Division | Callan C. Searcy c/o Sherri K. Simpson | bk-csearcy@texasattorneygeneral.gov; sherri.simpson@oag.texas.gov |
| TN Dept of Revenue | TN Dept of Revenue | c/o TN AG Office, Bankruptcy Division Stephen R. Butler | steve.butler@ag.tn.gov; AGBankTexas@ag.tn.gov |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | usatxs.bankruptcy@usdoj.gov |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Stephen Statham and Alicia Barcomb | Stephen.Statham@usdoj.gov; Alicia.barcomb@usdoj.gov |

# Exhibit B

Exhibit B
Master Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| The DIP Lender and DIP Agent | APE V Cypress, LLC | Phil VanTrease, Eric Weeldreyer | 7030 South Yale Avenue | Suite 810 | Tulsa | OK | 74136 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | | 1919 Smith Street | | Houston | TX | 77002 |
| SEC Regional Office | Securities & Exchange Commission | Fort Worth Regional Office | 801 Cherry Street, Suite 1900, Unit 18 | | Fort Worth | TX | 76102 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| United States Attorney Office for the Southern District of Texas | US Attorney Office, Southern District of Texas | | 1000 Louisiana | Suite 2300 | Houston | TX | 77002 |
| Office of the U.S. Trustee for the Southern District of Texas | US Trustee for the Southern District of Texas (Houston Division) | Stephen Statham and Alicia Barcomb | 515 Rusk Street | Suite 3516 | Houston | TX | 77002 |

In re: Cypress Environmental Partners, L.P., et al.,
Case No.: 22-90039 (MI)

Page 1 of 1