United States Bankruptcy Court
Southern District of Texas

**ENTERED**

August 23, 2023

Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CYPRESS ENVIRONMENTAL PARTNERS, L.P., *et al.*,[1] | ) | Case No. 22-90039 (MI) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**SECOND FINAL DECREE AND ORDER (I) CLOSING THE**
**REMAINING CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon consideration of the *Motion for Entry of a Second Final Decree (I) Closing the Remaining Chapter 11 Cases and (II) Granting Related Relief* (the "Motion"),[2] filed by Cypress Environmental Partners, L.P. and its debtor affiliates (collectively, the "Debtors"), for entry of the Second Final Decree (a) closing the Remaining Cases and (b) granted related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested is in accordance with the terms of the Confirmation Order; and after due deliberation and sufficient good cause appearing therefor, it is hereby **ORDERED THAT**:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Cypress Environmental Partners, L.P. (1523); Cypress Municipal Water Services, LLC (5974); Cypress Environmental Partners, LLC (7385); Cypress Brown Integrity, LLC (3455); Cypress Energy Partners - 1804 SWD, LLC (9110); Cypress Energy Partners - Bakken, LLC (9092); Cypress Energy Partners - Grassy Butte SWD, LLC (9047); Cypress Energy Partners - Green River SWD, LLC (1534); Cypress Energy Partners - Manning SWD, LLC (4247); Cypress Energy Partners - Mork SWD, LLC (0761); Cypress Energy Partners - Mountrail SWD, LLC (4977); Cypress Energy Partners - Tioga SWD, LLC (3230); Cypress Energy Partners - Williams SWD, LLC (3840); Cypress Environmental - PUC, LLC (8637); Cypress Environmental Management - TIR, LLC (5803); Cypress Environmental Management, LLC (4753); Cypress Environmental Services, LLC (7770); Tulsa Inspection Resources - PUC, LLC (2514); and Tulsa Inspection Resources, LLC (4632). The Debtors' service address for the purposes of these chapter 11 cases is 5727 South Lewis Avenue, Suite 500, Tulsa, Oklahoma 74105.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion or Plan, as applicable.

1.      Pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Bankruptcy Rules, the Remaining Cases of Cypress Environmental Partners, L.P. (Case No 22-90039 (MI)) and Cypress Environmental Partners, LLC (Case No. 22-90038 (MI)) are hereby closed (the "Closed Cases").

2.      A docket entry shall be made in the Debtors' case reflecting entry of this Second Final Decree.

3.      Nothing in this Second Final Decree shall change the amount or nature of any distribution, or alter any other substantive rights, that any Claim against or Interest in the Debtors would have been entitled to under the Plan, the Confirmation Order, the Bankruptcy Code, or the Bankruptcy Rules.

4.      The entry of this Second Final Decree shall not prejudice the rights of the Debtors or any party in interest to seek the reopening of the chapter 11 case for cause pursuant to Bankruptcy Rule 5010 and section 350(b) of the Bankruptcy Code

5.      Entry of this Second Final Decree is without prejudice to the Debtors' rights to seek entry of an order modifying or supplementing the relief granted herein.

6.      All expenses arising from the administration of the Debtors' estates and the chapter 11 cases, including, without limitation, the Quarterly Fees, have been paid or will be paid as and when such expenses come due. This Court shall retain jurisdiction to enforce fees assessed under 28 U.S.C. § 1930(a)(6)(A) and (B).

7.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Second Final Decree in accordance with the Motion.

8.      Notwithstanding anything to the contrary, the terms and conditions of this Second Final Decree are immediately effective and enforceable upon its entry.

3

9.     This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Second Final Decree.


Signed: August 23, 2023

_____
Marvin Isgur
United States Bankruptcy Judge